# Claim 1

FILED
OCT -6 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jenetta L Price (partial claimancy)

Scott Robinson (majority Claimancy)

VS

Obama Admin

CV 15 4631

United States of America (Most Likely to be the only one liable)

-FBI/Homeland/ CIA/ FDA/ IRS/ Justice dept

State of California

RS

Contra costa County CA

City of Antioch

"The Thing You Thought" Alias or Name of "Production"

4 Counts : **Rackateer Influenced Corrupt Organizations Act** (Title 18 › Part I › Chapter 96)

    -Racketeering Title 18 › Part I › Chapter 95

    -Continuing Criminal Enterprise 21 U.S.C. § 848

    -Obstruction Of Justice 18 U.S.C. Section 73

    -Extortion 18 U.S.C Section 41

4 Counts: Obscenity 18 U.S.C Section 71

4 Counts: Civil Rights Violations Title 18, Chapter 13 (many)

    -Conspiracy Against Rights, Federally protected Rights,   Religious Protected, Hate   Crimes **Title 18, U.S.C., Section 241, 245, 247, 249**

4 Counts:    Human Trafficking 18,USC Section 77

4 Counts: Privacy 18 USC 88.

Sometime between December 2014 and September 23, 2015, unknown parties entered the household or are believed to have entered the household of Kort Jackson, where tenant Scott Robinson lived and Jenetta Price stayed from time to time.   They were never given any express permission to enter from the sole tenant.   From December 2014 on, random sexual sounds would be coming through audibly within the household in a style of communication known as Pulse Width Modulation Communication, through Amplified Modulatory Effects, which has to do with electricity producing an auditory sound similar to a radio as well as wave synthentics from radio and satellite towers.   It is believed that an unknown Medical Procedure may occured on or around June 11, 2015 and also may have reoccured later on seperate occasions, in which a material was either implanted into or onto Scott Robinson without consent or any Medical or legal reasoning, basis or knowledge provided to party.   It is believed that something was put into his eyes, an unknown compound, however it may have been an insertion into his face of a metallic or unknown material, which in conjunction with "light" radiation and satellite technology makes telekenesis type monitoring possible.

From that point forward until the date of this filing which was typed on September 26, 2015, Scott Robinson and Jenetta Price experienced severe psyhological and emotional discourse through unknown Optic technologies in the forms of reverse optical visual telegraph technologies or similar, from which the Federal governement were notified and failed to protect their rights to Privacy and other constitutional guaranteed rights, among many other harmful violations against the parties listed above. It is believed that a technological cross between Optography and tomography, utilized through application and electrical equipment produced the effects of being able to visually "view" and transmit through a man's eyes in a real time fashion.   From June 11, 2015 until date of filing, an unknown story was told to Scott through a high and low frequency audio communication, as well as other communications waves operating through an unknown Bluetooth network of communication or other unknown communications networks including 4G or more, which was routed through his residence and through place of employment, as well as in public feeding off of satellite towers and cell phone towers.   Communications could be heard by claimaint in public and generally conceded that he was being monitored through his own eyes without probable cause, warrant or legal basis, thus invoking privacy violations and dangerous situations from the occurence.   This caused damage, both physical and psychological to both parties.

The unconsented, unagreed upon filming originally incurred the name "Transponder/Disponder", in which the claimant Scott was criticized and mocked for half of the 24 hour day, for being a resident and having the same guaranteed rights as other citizens.   Harsh names and vulgarities were thrown at Scott through communications.   Communications would occur from the time of waking to the time Scott would sleep and continued throughout sleep, in ways that would and could be deemed interrogative and information obtaining, which broach Geneva Convention interrogation methods and longevity for which interrogations can occur in methods that could be deemded "tortourous" and without due process of rights, disclosure of any evidenciery basis or disclosure of any known evidence or legal order or warranted basis.   It could be deemed enhanced interrogation techniques on the basis of interrogation by computer, word and thought forcing by leaving gaps in sentences and thought production via image display in claimiants mind, through entrapping based thought patterns which incur certain patterns of thought.   Though variances in interrogative format at times, it could all be deemed investigative in nature and damaging to claimants professional and social repuatution due to changes in mood and behavior outwardly displayed by claimaints.   Communications often mimic and poked fun at family members of Scott, leading to confusion as to the trustability of Jenetta, his fiance and his own family as well as extended family.   The story itself had many parallels to Scott's extended family, as it invoked the names of dead family members including his aunt and his former uncle, who was known within the family as possibly abusive and possibly for confidentiality reasons, not well received.

Claimants were tracked illegally by parties unknown, who were assumed working in conjunction with government officials including during air travel aboard domestic commerical flight, possibly putting at risk other passengers.    Scott had been told many times, almost daily that he was being filmed, however there has been to this date no verifiable proof however it is generally assumed that he has been filmed since June 11, 2015 and possibly much prior, illegally and without consent somehow in the above described methods with statistical probability technology also being used against him, similarly known as "lie detector" technology again without consent or legal basis.   Unknown Computer Applications were used illegally to produce

many of the effects, most of which were inserted onto Scott's technology devices through breaching Comcasts Cisco Routers, Windows Firewall or any computer antivirus and Internet security programs, another breach of privacy.   Claims can be supported through programs which were mirrored from Scott's computer devices.

   Sometime in June 2015, Scott discovered clear unmarked light bulbs installed into his home, in which "light radiation" or Radiant Energy was discovered to be implored in the effect of raising the radiation level of the parties from which PGE was responsible, which can produce a telepathic effect or mock "EEG" in which   Satellite technologie was implored in a reverse fashion to illegally read thought and create non verbal communication between Scott and unknown parties, without Scott's consent or legal order supporting legality.   Scott was interrogated non stop from within 30 seconds of waking up to the time he would fall asleep without break in auditory communication.   It is generally beleived that an Electro Static/Pulse/Magnetic/Shock Technologies were tested against Scott and Jenetta, within the household they rent from Kort Jackson with no legal basis, order or warranted cause, another extreme breach of privacy.       This has led Scott to be extremely untrusting of humanity and all parties, as well as a doubt in whether his confidentialiy would ever be safe and if he could ever work again without someone comprimising his legal responsibility to protect confidentiality of customers and employees of his business, as well as his safety within his own home.

PGE has the name of a "Desmond" listed on Scott's power bill, which possibly can be assumed to be Sgt. Desmond Bittner of the ANtioch Police.   A number of supporting investigations are ongoing with PGE to get the information to come to light.

Communications were rerouted through various servers, making it near impossible to efficiently contact attorney representation.   Coding was inputted on Computer devicing and other electronic devices of Scott and Jenetta, producing censorship from accurate information and making counsel contact impossible at times.   Scott's ATT tablet was found to have been transmitting data, unbenounced to him nor consented by him at any time.   Tablet was destroyed a month earlier, yet was transmitting data.

All of his possessions throughout his whole life he was told to destroy through the communications, in which he complied against his will in order to cease the harmful effects of the communications, which could be assumed to be the police or governement officals.

Scott went from being a highly functional human being, running two businesses and providing guidance to several others in June, to being almost incapable of managing day to day life by August and days after, almost injuring himself fatally once during the time period by almost losing his arm from attempting to move a mirror, in which he was generally led to believe that there were camera devices behind the mirror itself, for which he was penalized by local police by forcibly being committed to the County ran Psychological institution.   Again he was committed two weeks later when he reached out to Antioch Police in order to protect Jenetta from causing self harm to herself by running off one morning, because she was continuing to hear the PCM Communication, in which to this date she thinks she is still "insane" or not of sanity.   Jenetta has no understanding of the technologies, nor does Scott however through research Scott was able to piece together a good bit of it and has type this whole summary himself.   A Large falling out between the two parties occurred several times because of the whole incident in itself. Jenetta repeatidly experienced weight loss and weight gains and had three miscarraiges in the time she lived at 612 Eaker Residence in 1 year.   Jenetta claimed that the voice communicating to her through PCM was admittedly someone claiming to be a CIA agent in late September.

A "No Filming by proxy" sign was posted on the window of the residence of 612 Eaker Way in August.

Scott was led to believe that his Aunt came to California to visit him, and in which he was led to believe that his aunt was treated poorly by county officials and his aunt supposedly gave a statement of occurence, in which it was to be assumed to be negative in the "mock" investigation of Scott, to which he is unsure to this date if it was "mock".

From June 10- Sept 23, Scott begged federal officials and state and local officials to help intervene and nobody responded with any effective action to help enforce parties guaranteed constitutional rights .

Cheif Allan Cantando and Officer Jeung of Antioch Police seemingly had some knownledge of this occurance as the two would regularly appear, almost every time the police were summonned.

Claimaints Medical situations and disabilities were not taken into account nor shown guaranteed protections under government.    Both Scott and Jenetta were forcibly commited to County Psychology Institution on forced 5150 Commital in violation of civil rights and knowledge held by Antioch Police.

Throughtout each 40 day period, claimaint would notice strange optical visions through his eyes, as if they were either transmitted inbounded from remote sight.    Differences in other individuals visual sight were noticed from Scott compared to other parties unaffected.

Trust and family bond were strained from the effects of this period of time, in which caused undue stress and hardship to the family unit, deeply impacting the psychology of Scott and his family as well as Jenetta and her family.

Argueaby staged situations were seen in public in city of Antioch, in which it would appear there was a staged production of reality events, including strange visitors appearing at Scott's doorstep, in ways that could be deemed out of the ordinary.

Scott's rights to equality among man,per the Bill of Rights, were witheld, as well as Jenetta's.

Throughout the story Scott was forced to hear, as he could not cease it in any way possible even by plugging his own ears, he was forced to hear criticism of homosexual and mentally handicapped citizens, as the story mocked people with handicapp's and different orientations and believes that were "anti-conservative"    Scott went from being a very sharp, time efficient productive member of society to being a shatterred form of his previous self in which he is now unconfident, inefficient and non trusting of humanity, scared to leave his home in fear without looking over his shoulder.     Communications operated at the speed of thought, as Scott would hear response based on synapse of thought.    Pulse Microwave Modulatory Communication would best describe the type of communications, which is basically "skull to radio" communications known to the FCC.    Throughout the verbal story Scott was told, he invoked his rights to Constitution, in which they were repeatidly trampled daily as he continued to ask for "attorney" and rights to due process from interrogation.

This has led scott and jenetta to be untrusting of any parties of governemnt or private party for which they seek unspecified damages, reimbursment and punitive.    Both parties have experienced severe pyschological and physical harm from this.    Scott generally believes this to be punishment for an "unknown reason" for which has yet to be provided.    Parties unknown claimed to be operating under an Executive Order from Obama, as it was generally inferred that he was the "One and Only" charecter from the story that Scott was told, which kept Scott/Jenetta disctracted enough that they absorbed enough of the radiation from the light to keep the effects occuring of sound from "telekenetic" style communications.    It was inferred that the technological testing included TMS Headset, Radiant Energy, Electro Based Testing as well as Computer Application Style simulations.     Power and other utilities, as well as Smart TV's were controlled remotely much to the dismay of tenants, who could not break the intrusions coding.    Computers were also remotely controlled by exterior forces, with internet connectivity or without.    A   Palmna Device was found on the network, as well as many other computer technology devices.    A mock terror site was formed and placed at the house behind Scott, which was inferred to be a site which would send a terroristic death causing sound or light from the property in whcih it would kill Jenetta sitting on the couch.    Scott was repeatidly criticizized for being "smart" or "stupid", in a condescending way which seemed to be inferencing Smart Card technology, however still in a mocking sense towards claimaint, damaging his self esteem.


Precidents:

Brown vs. Board of Education (equality)

Griswold vs. Connecticuit (First Amendment Protection)

US Vs. Nixon (overreach of Executive Powers overstepping due process and Civil Rights)

Hate Crimes Act Matthew Sheppard (targeting, disability protection)

**Claimants are seeking $100 Million in damages, for severe harm.    Jenetta and Scott were left to die from psychological and Emotional harm, as well as potential physical harm that arised, from the government whom ignored their repeated and regular cries for help, as well as staged actors in a production during which Scott and Jenetta sufferred unknown health and suffering effects.    Jenetta still shows signs of regress in life productivity and Scott is unsure on his future or viability within the Private Sector of market.**

Subcharges (statutes unknown)

- Attempted Murder
- Free Speech Suppression
- Attorney client priveledge Misuse
- Confidential data breaching
- Torture
- illegal detainment
- Sexual Abuse type crimes from Privacy Invasion
- FCC violations
- Lack of due process or Miranda Rights
- Fraud (for financial gain)
- Interstate Trafficking (of human beings and possible unknown implanted technologies if so)
- Human trafficking
- (Severe) Privacy Invasion