UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENETTA L. PRICE, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 15-cv-04631-RS

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

    Plaintiffs have submitted a letter requesting a further continuance of the initial Case Management Conference in this matter, which they mistakenly assert is set for the "second week of March 2016." In fact, in response to a prior letter request, the conference was continued to April 21, 2016. Plaintiffs, however, are requesting an extension to early June.

    The nature of plaintiffs' allegations in this case has been described in prior orders. Their present letter request further asserts that this case "involves a very confidential program authorized by the Executive Office of the President, Barack Obama." Plaintiffs contend they have had "several illegal processes done unto us including a medical process known as TMS (transcranial magnetic stimulation)." Plaintiffs suggest that if the Court communicates with any member of the Executive Office of the President, he or she may be able to "confirm the legitimacy" of the claim.

    Plaintiffs report they have reached a verbal agreement with an attorney to represent them, and that he has asked them to obtain a continuance. Plaintiffs will be granted one final continuance of the initial Case Management Conference in this action, which will now be held on June 16, 2016 at 1:30, with a Case Management Conference Statement to be filed one week in

1  advance.  Plaintiffs are advised that if they contend an attorney has agreed to represent them, any
2  further filings must be made by that attorney.  Plaintiffs are further advised that any failure to
3  comply with this order may result in dismissal of the case without further notice.

**IT IS SO ORDERED**.

Dated: March 16, 2016

_____
RICHARD SEEBORG
United States District Judge

CASE NO. 15-cv-04631-RS
2