UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENETTA L. PRICE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 15-cv-04631-RS<br><br>**ORDER DENYING INJUNCTIVE RELIEF AND REQUIRING PLAINTIFFS TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

The general nature of plaintiffs' allegations have been described in prior orders and will not be repeated here. Without seeking leave to do so, plaintiffs have submitted a "Second Amended Complaint" which they assert sets forth their factual allegations and contentions with greater clarity. In light of plaintiffs' status as *pro se* litigants, their failure to seek leave in advance will be excused on this occasion, and the Corrected Second Amended Complaint filed April 22, 2016 (Dkt. No. 18) will be deemed to be the operative complaint herein.

Plaintiffs' request for a temporary restraining order at the outset of this action was denied for the reasons set forth in an order filed November 2, 2015 (Dkt. No. 4). Plaintiffs now renew their request for preliminary relief, and request an order enjoining defendants from complying with an alleged Presidential order that purportedly authorizes them to perform "a medical process that is commonly known as Neuromodulation or any similar medical process involving electrical stimulation through wave technology on Plaintiffs, from a remote distance."

As was the case with the previous application, neither the materials submitted in support of the request for preliminary relief, nor the allegations of the underlying complaint present a basis on which a temporary restraining order or preliminary injunction could issue. *See generally*, *Neitzke v. Williams*, 490 U.S. 319, 327-28, (1989) (holding in context of *in forma pauperis* applications, "claims whose factual contentions are clearly baseless" include those "describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar.") Accordingly, the request for preliminary relief is denied.

Although plaintiffs did not seek *in forma pauperis* status in this matter, the record demonstrates that it is appropriate to address the viability of the claims on a *sua sponte* basis. Plaintiffs have repeatedly sought continuances of the Case Management Conference and it does not appear that service of summons and complaint on any defendant has been made, or will be made within a reasonable time frame. Plaintiffs have failed to keep the Court apprised of their address, with the result that Court mail to them has been returned as undeliverable.

Accordingly, no later than May 29, 2016, plaintiffs shall file a brief and/or declarations showing cause why this action should not be dismissed for failure to state a claim and/or for failure to prosecute. The Clerk is directed to mail a copy of this order to the address shown on plaintiffs' most recent filings. In the event plaintiffs fail to respond, this action may be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: April 22, 2016

_____
RICHARD SEEBORG
United States District Judge