1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9    JENETTA L. PRICE, et al.,
                                                Case No. 15-cv-04631-RS
              Plaintiffs,
10
11         v.
                                                **ORDER DISMISSING ACTION**
12   UNITED STATES OF AMERICA, et al.,

13            Defendants.

14

15        On April 22, 2016 an order entered requiring plaintiffs to show cause why this action

16   should not be dismissed for failure to state a claim and/or for failure to prosecute.  On April 25,

17   2016, plaintiffs filed a motion seeking dismissal without prejudice under Rule 41(a)(2) of the

18   Federal Rules of Civil Procedure.   Because no defendant has appeared and served either an

19   answer or a motion for summary judgment, plaintiffs are entitled to dismiss their action

20   voluntarily, without court order.  See Fed. R. Civ. P. 41 (a)(1)(A)(i).  Accordingly, plaintiffs'

21   "motion" will deemed to be a notice of voluntary dismissal.  The Clerk is directed to close the file.

22

23   **IT IS SO ORDERED**.

24

25

26   Dated: May 2, 2016

27                                              _____

28                                              RICHARD SEEBORG
                                                United States District Judge

United States District Court
Northern District of California